# IN THE SUPREME COURT OF THE STATE OF NEVADA

DUSTIN MILLER, A/K/A DUSTON MILLER,

                    Appellant,

vs.

THE STATE OF NEVADA,

                    Respondent.

No. 75544

**FILED**

MAY 2 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the order is not a final, appealable order because it states "Restitution payable jointly and severally . . . once determined, Court retains jurisdiction regarding restitution" and therefore, it contemplates the district court will be imposing restitution in a yet to be determined amount. NRS 176.105(1)(c); *Slaatte v. State*, 129 Nev. 219, 298 P.3d. 1170 (2013); *Whitehead v. State*, 128 Nev. 259, 285 P.3d 1053 (2012). We are confident that, upon determining restitution, the district court will award restitution in certain terms and do so in an amended judgment of conviction, at which point appellant will need to file a new notice of appeal to challenge the judgment of conviction. But, as no final appealable judgment has been entered below at this point, we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
      Pickering

_____, J.
      Gibbons

_____, J.
      Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-19288

cc: Hon. Kathleen E. Delaney, District Judge
Dustin Miller
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A